by Hyman Mysell against H. Westlake Coons. G. E. Miner, of New York City, for appellant. J. L. Holtzmann, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

NASH, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Lewis H. Nash, as sole surviving trustee, etc., against Kate Moore. No opinion. Motion granted, without costs. Order of reversal to be resettled on notice before Mr. Justice Putnam. See, also, 151 N. Y. Supp. 96.

NASH, Appellant, v. ZIMMER, Respondent. (Supreme Court, Appellant Division, Second Department. January 8, 1915.) Action by Lewis H. Nash, as sole surviving trustee, etc., against John Zimmer. No opinion. Motion granted, without costs. Order of reversal to be resettled on notice before Mr. Justice Putnam.

NASSAU HOTEL CO. v. BARNETT et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by the Nassau Hotel Company against Eudoise Barnett and other, individually and as copartners, etc. No opinion. Motion granted by default, without costs. See, also, 164 App. Div. 203, 149 N. Y. Supp. 645, 151 N. Y. Supp. 1132.

NASSAU HOTEL CO. v. BARNETT & BARSE CORPORATION. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by the Nassau Hotel Company against the Barnett & Barse Corporation and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 1132.

NATIONAL EXCH. BANK OF WHEELING, Respondent, v. FARSON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the National Exchange Bank of Wheeling against John Farson, Jr., and another. L. L. Delafield, of New York City, for appellants. H. Clark, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NATIONAL SURETY CO. v. BROUCHAUD. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the National Surety Company against Jules Brouchaud. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 150 N. Y. Supp. 826.

NEFF, Appellant, v. MACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Mell A. Neff against Norman E. Mack. No opinion. Judgment affirmed, with costs. See, also, 150 N. Y. Supp. 1099.

NELSON, Respondent, v. POPPENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by H. P. Nelson against Gustav H. Poppenberg. No opinion. Judgment and orders affirmed, with costs.

NEPONSET NAT. BANK, Appellant, v. DUNBAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by the Neponset National Bank against Harris T. Dunbar and another.

PER CURIAM. Judgment and order reversed, and judgment directed for the plaintiff for the amount of the notes, with interest, without costs. See, also, 158 App. Div. 5, 143 N. Y. Supp. 174.

ROBSON, J., dissents.

NETHERSOLE v. LIEBLER et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Olga Nethersole against Theodore A. Liebler and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 151 App. Div. 940, 135 N. Y. Supp. 1129.

NEUN, Appellant, v. B. H. BACON CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Henry P. Neun against the B. H. Bacon Company. No opinion. Judgment affirmed, with costs.

NEUN, Respondent, v. VAN DEUSEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Henry P. Neun against Amelia Van Deusen.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that there is no sufficient evidence to support the fifth, sixth, and seventh findings of fact, to the effect that at the time the agreement was entered into between defendant and S. C. Wells & Co. for the sale to said company of all the shares of stock of the B. H. Bacon Company it was the purpose or understanding of the parties that the business of the B. H. Bacon Company was not to be continued, or that its assets and business were to be taken over and absorbed by S. C. Wells & Co.; also that such a finding is necessary to support the conclusion of law.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of disbarment proceedings against Clifford H. Newell, an attorney at law. No opinion. Order of disbarment entered.

NEWMAN v. STREETER et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Peter Newman against Charles T. Streeter and others. No